KURT JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KURT JOHNSON,                               Case No.: 17-CV-1010

    Petitioner,                       NOTICE OF APPEAL

V.

TODD SLOOP,

    Respondent.

Not being informed what action this court has taken on the 59(e) JOHNSON takes this caution to file this NOTICE OF APPEAL. If it is not applicable at this time let it be held in abeyance until it becomes relevant.

### VERIFICATION

I, KURT JOHNSON, declare and state under penalty of perjury that the facts contained herein are true, correct, not misleading. Based upon first hand knowledge and/or belief and and as for those based upon belief they are believed true. Being competent for testifying, majority in age. Reserving the right of amending for truth, clarity, and justice.

28 USC 1746                                        By: [signature]
FEB. 21, 2018

Page 1 of 1

Kurt Johnson 13177-061
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

Houston v. Lack
2-21-18

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity, is not acceptance and no claim of injury is hereby waived.

United States District Court
750 Missouri Ave.
East Saint Louis, IL 62201-295425

RECEIVED
FEB 28 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE