KURT JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KURT JOHNSON,<br>  Petitioner,<br>v.<br>TODD SLOOP,<br>  Respondent. | Case No.: 17-cv-1010<br><br>MANDATORY JUDICIAL NOTICE<br>RULE OF EVIDENCE 201 |

This court is put on notice that FBI Agent Stephen Jeschke of 3423 OFFICE PARK DRIVE, MARION, IL 62959 is a reliable and credible source within your territorial jurisdiction. Agent Jeschke is said to have a certified copy of the WORLD COURT judgment forming the basis of JOHNSON's claim in this action which he obtained in the course of a criminal investigation initiated by Marion prison staff on 11-25-16 against Stephen S. Sherak 68555-066 and KURT JOHNSON 13177-081. This may be a more convenient source of access for this court.

Respectfully Submitted,

March 12, 2018

By: [signature]

Page 1 of 1

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

SAINT LOUIS MO 630

13 MAR 2019 PM 5 L

UNITED STATES DISTRICT COURT
301 W. Main ST.
BENTON, Illinois 62812

MAIL CLEARED
US MARSHALS

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no 62812-138201 is hereby

RECEIVED

MAR 15 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE