Kurt Johnson 13177-081
P.O. Box 1000
Marion, IL 62959

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KURT JOHNSON, | Case No. 17-CV-1010 |
| Petitioner, | |
| v. | MANDATORY JUDICIAL NOTICE |
| TODD SLOOP, | RULE OF EVIDENCE 201 |
| Respondent. | |

This court having access to the docket of your local Bankruptcy Court of East Saint Louis are given notice that the UCC financing statement upon the docket though striken as entry #54 for case 18-40015 and #56 for case 18-40014. This financing statement is a reliable and credible public record filed in Washington DC whereby JOHNSON perfected his judgment claim against the UNITED STATES which was issued by the WORLD COURT on 1-14-16. An unexecuted copy upon this record as docket entry #3. This executed and issued judgment is the fully litigated basis for this

habeas petition. Therefore a perfected claim upon the public record unopposed by the UNITED STATES is credible toward the veracity of the existence of the judgment. This fact is material, conclusive, and the type of records properly noticed under 201.

March 12, 2018                              Respectfully Submitted,

By: [signature]