KURT JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KURT JOHNSON, Petitioner, | Case No.: 17-cv-1010 |
| v. | MANDATORY JUDICIAL NOTICE |
| TODD SLOOP, Respondent. | RULE OF EVIDENCE 201 |

This court in conjunction with the judgment that forms the basis of petitioner's claim may need to know the governing law that authorizes the judgment. Therefore this court is put on notice that the Library of Congress has a fully executed and ratified original which accuracy cannot be questioned and the reliability of the custodian of records is without refute. The Treaty known as the "International Financial Transaction, Grievance and Corporate Resolution Treaty" (1972) Charter # 8971-A is available and easily accessible for this court. Let it be further noted this Treaty was amended by President

Clinton in 1998. As a Treaty this is the SUPREME LAW of this land and is the governing authority forming the basis of JOHNSON's claim and CANNOT be overcome by the summary whims of this court.

Respectfully Submitted,

March 12, 2018

By: [signature]