Kurt Johnson 13177-081
P.O. Box 1000
Marion, IL 62959

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KURT JOHNSON, | Case No.: 17-cv-1010 |
| Petitioner, | |
| v. | MANDATORY JUDICIAL NOTICE |
| TODD SLOOP, | RULE OF EVIDENCE 201 |
| Respondent. | |

This court is informed by this Notice of adjudicated facts that are not subject to any reasonable dispute, can be accurately and readily be determined from a source whose accuracy cannot reasonably be questioned. The WORLD COURT of 405 E. 42nd St., New York, NY 10017 is a public entity without repute. It resides in the UN Building. It is the Court that issued the judgment on behalf of Petitioner on 1-14-16 and affirmed said judgment on Appeal taken by UNITED STATES INC. et.al on 9-28-16. They are the safe-keeper of the original fully executed issued judgment by presiding Judge Joan

Page 1 of 3

E. Donoghue. The TITLE of the case was Executor-Kurt-E.-Johnson v. THE UNITED STATES INC. et. al. and the case # was IWC-011416-A862234-003. The amount of the judgment at the time of service was $15 Billion, it was $17 Billion at the time judgment was entered and as of today is at $23 Billion. Undisputed facts of this judgment are (1) JOHNSON is being held in illegal custody by the UNITED STATES. (2) The WORLD COURT had original jurisdiction to hear this matter given to them by Treaty executed and ratified by the UNITED STATES as original drafter of said Treaty in 1972. (3) That the UNITED STATES conspired with many parties to obstruct justice, conceal liability, and preventing JOHNSON from prosecuting his judgment rights acquired. (4) That this conspiracy and the Continuing Criminal Enterprise known as the CMU's are continuing presently in there operation. (5) That the UNITED STATES fully participated in these judicial proceedings, and the administrative proceedings being judicially reviewed. The claim of petitioner being fully litigated by a judicial system is the mandatory type of facts to be noticed under 201.

For this reason the court needs to review the identified records of the WORLD COURT and apply these undisputed, accurate, and unquestionable fully litigated facts to the issues and claims before it. JOHNSON does not have to prove his claim of illegal custody. That fact has been adjudicated. Habeas is the constitutional vehicle for addressing illegal custody. The WORLD COURT judgment could not be more definitive on the matter before this court.

March 12, 2018

Respectfully Submitted

By: [signature]