KURT JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KURT JOHNSON,
    petitioner,

v.

TODD SLOOP,
    Respondent.

Case No. 17-cv-1010

NOTICE OF SUBSTITUTION

It appears now that Mr. Todd Sloop has been superceded as the local custodian for CTU by Warden William True. Therefore Mr. Sloop should be substituted by William True on this petition as the appropriate party.

March 12, 2018

Respectfully Submitted,

By: [signature]

page 1 of 1