# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 16, 2018

*By the Court:*

| No. 18-1464 | KURT JOHNSON,<br>Petitioner - Appellant<br><br>v.<br><br>TODD SLOOP,<br>Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:17-cv-01010-DRH<br>Southern District of Illinois<br>District Judge David R. Herndon ||

Upon consideration of the **RULE 42(b) VOLUNTARY DISMISSAL**, filed on March 15, 2018, by the pro se appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit